# IN THE SUPREME COURT OF THE STATE OF NEVADA

GEORGE GUTIERREZ,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 70724

**FILED**

SEP 16 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION

This is a pro se petition for a writ of mandamus/prohibition. Petitioner appears to be notifying this court of his attempts to supplement a record in the district court. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. *See* NRS 34.160; NRS 34.170; NRS 34.230; NRS 34.330. Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc: George Gutierrez
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

16-28834